IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:05-cv-05324-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| JEFF ARRIETA, et al.<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 05-05324 CRB, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF MINNESOTA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff JEFF ARRIETA originally filed in the US District Court, District of Minnesota, Case Number 05-cv-02306PAM-JSM, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed with prejudice.

The parties shall each bear their own costs.

Respectfully submitted:

1- STIPULATION AND ORDER OF DISMISSAL

FROM : ARRIETAS CONCRETE INC          FAX NO. : 5032633721          Oct. 25 2006 01:23PM  P1
10/24/2006  15:19   5032480200                 BOWERSOX LAW FIRM PC

Respectfully submitted:

Dated: 10-24-06           By: /s/ Jeff Arrieta

Dated: 10.26.06           By: /s/ Jeffrey A. Bowersox
                          Jeffrey A. Bowersox, OSB #81442
                          Email: Jeffrey@BLFpc.com
                          BOWERSOX LAW FIRM, P.C.
                          620 SW Fifth Avenue, Suite 1125
                          Portland, Oregon 97204
                          Telephone: (503) 452-5858
                          Facsimile: (503) 248-0200

                          Daniel E. Becnel, Jr., LA Bar #2929
                          Matthew B. Moreland, LA Bar #24567
                          Kevin P. Klibert, LA Bar #26954
                          LAW OFFICES OF DANIEL E. BECNEL, JR.
                          106 W. Seventh Street
                          Post Office Drawer H
                          Reserve, LA 70084
                          Telephone: (985) 536-1186
                          Facsimile: (985) 536-6445

                          Ronald Goldser, MN Bar #35932
                          Zimmerman Reed PLLP
                          651 Nicollet Mall #501
                          Minneapolis, MN 55402
                          Telephone: (612) 341-0400
                          Facsimile: (612) 341-0844
                          *Attorneys for Plaintiff Mark Fernquist*

Dated: 10-31-06           By: /s/ Stuart Gordon
                          Stuart Gordon, Esq., CA Bar #37477
                          Embarcadero Center West
                          275 Battery Street 20th Floor
                          San Francisco, CA 94111
                          Telephone: (415) 986-5900
                          Facsimile: (415) 986-8054

                          *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: November 3, 2006



Honorable Charles Breyer
United States District Court

3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204