IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:05-cv-05324-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| MARGARET ALLEN, et al.<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 05-05324 CRB, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF MINNESOTA |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff MARGARET ALLEN originally filed in the US District Court, District of Minnesota, Case Number :05-cv-02306PAM-JSM, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed with prejudice.

The parties shall each bear their own costs.

1- STIPULATION AND ORDER OF DISMISSAL

HOWERSOX LAW FIRM, P.C.
111 S.W. COLUMBIA ST,
Suite 1000
Portland, OR 97201

Respectfully submitted:

Dated: 1, 28, 07    By: _____
                         Margaret Allen

Dated: 2.6.2007    By: _____
                         Jeffrey Bowersox, OSB # 81442
                         Email: Jeffrey@BLFpc.com
                         BOWERSOX LAW FIRM, P.C.
                         111 S.W. Columbia St., Suite 1000
                         Portland, Oregon 97201
                         Telephone: (503) 452-5858
                         Facsimile: (503) 525-4833


Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

Ronald Goldser, MN Bar #35932
Zimmerman Reed PLLP
651 Nicollet Mall #501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
*Attorneys for Plaintiff Margaret Allen*

Dated: 2-5-07    By: _____
                         Stuart Gordon, Esq., CA Bar #37477
                         Embarcadero Center West
                         275 Battery Street 20th Floor
                         San Francisco, CA 94111
                         Telephone: (415) 986-5900
                         Facsimile: (415) 986-8054

*Defendant's Liaison Counsel*

BOWERSOX LAW FIRM, P.C.
111 S.W. COLUMBIA ST.
Suite 1000
Portland, OR 97201

2- STIPULATION AND ORDER OF DISMISSAL

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 07, 2007



Honorable Charles R.
United ...
Judge Charles R. Breyer
IT IS SO ORDERED

3- STIPULATION AND ORDER OF DISMISSAL

BOWERKOX LAW FIRM, P.C.
111 S.W. COLUMBIA ST
Suite 1000
Portland, OR 97201