IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:05-cv-05324-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| CRAIG COLE, et al.<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC.,<br><br>    Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 05-05324 CRB, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF MINNESOTA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant that the Complaint of Plaintiff Craig Cole originally filed in the US District Court, District of Minnesota, Case Number 0:05-cv-02306PAM-JSM, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed with prejudice.

// // // //

1- STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 3/12/08       By: _____
                         Craig Cole

Dated: 3/19/08       By: _____
                         Jeffrey A. Bowersox, OSB # 81442
                         Email: Jeffrey@BLFpc.com
                         BOWERSOX LAW FIRM, P.C.
                         111 S.W. Columbia St., Suite 1000
                         Portland, Oregon 97201
                         Telephone: (503) 452-5858
                         Facsimile: (503) 525-4833

                         Daniel E. Becnel, Jr., LA Bar #2929
                         LAW OFFICES OF DANIEL E. BECNEL, JR.
                         106 W. Seventh Street
                         Post Office Drawer H
                         Reserve, LA 70084
                         Telephone: (985) 536-1186
                         Facsimile: (985) 536-6445

                         Ronald Goldser, MN Bar #35932
                         Zimmerman Reed PLLP
                         651 Nicollet Mall #501
                         Minneapolis, MN 55402
                         Telephone: (612) 341-0400
                         Facsimile: (612) 341-0844
                         *Attorneys for Plaintiff Craig Cole*

Dated: 3/24/08       By: _____
                         Stuart Gordon, Esq., CA Bar #37477
                         Embarcadero Center West
                         275 Battery Street 20th Floor
                         San Francisco, CA 94111
                         Telephone: (415) 986-5900
                         Facsimile: (415) 986-8054
                         *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 31, 2008

_____
Honorable Charles Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St.
Suite 1000
Portland, OR 97201