IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:05-cv-05324-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| RICHARD HOPKINS, et al.<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC.,<br><br>    Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 05-05324 CRB, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF MINNESOTA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant that the Complaint of Plaintiff Richard Hopkins originally filed in the US District Court, District of Minnesota, Case Number 0:05-cv-02306PAM-JSM, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed with prejudice.

// // // //

1- STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 9-12-08    By: _____
                      Richard Hopkins

Dated: 9-23-08    By: _____
                      Jeffrey A. Bowersox, OSB # 81442
                      Email: Jeffrey@BLFpc.com
                      BOWERSOX LAW FIRM, P.C.
                      111 S.W. Columbia St., Suite 1000
                      Portland, Oregon 97201
                      Telephone: (503) 452-5858
                      Facsimile: (503) 525-4833

                      Daniel E. Becnel, Jr., LA Bar #2929
                      LAW OFFICES OF DANIEL E. BECNEL, JR.
                      106 W. Seventh Street
                      Post Office Drawer H
                      Reserve, LA 70084
                      Telephone: (985) 536-1186
                      Facsimile: (985) 536-6445

                      Ronald Goldser, MN Bar #35932
                      Zimmerman Reed PLLP
                      651 Nicollet Mall #501
                      Minneapolis, MN 55402
                      Telephone: (612) 341-0400
                      Facsimile: (612) 341-0844
                      *Attorneys for Plaintiff Richard Hopkins*

Dated: 9-26       By: _____
                      Stuart Gordon, Esq., CA Bar #37477
                      Embarcadero Center West
                      275 Battery Street 20th Floor
                      San Francisco, CA 94111
                      Telephone: (415) 986-5900
                      Facsimile: (415) 986-8054
                      *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Sept. 29, 2008



Honorable Charles Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

3- STIPULATION AND ORDER OF DISMISSAL